FILED

09/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0044

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0044

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                          O R D E R

JOSEPH RICHARD POLAK II,

    Defendant and Appellant.

_____

Counsel for Appellant has filed a third motion for extension of time within which to file the reply brief in the referenced matter.

This Court typically allows one motion for extension for reply briefs. While the Court is sympathetic to counsel's reason for the extensions, both orders stated no further extensions would be granted, and counsel has already been given and extra 75 days to file the reply brief.

IT IS ORDERED that counsel has until September 23, 2021, within which to file the reply brief in this matter. If the reply brief is not filed by September 23, the case will be considered on the briefs filed to date.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2021